JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUP,<br><br>　　　　Plaintiff(s)<br><br>vs.<br><br>BEN RIBEIRO, et al.,<br><br>　　　　Defendant(s) | Case No. CV 15-05692-RGK (PLAx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On March 31, 2016, an Order to Show Cause re Dismissal for Lack of Prosecution was issued. A response from the plaintiff was due on or before April 13, 2016. As of this date, no response to the Order to Show Cause has been filed. The Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: APR 18 2016

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE